UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUOTEWIZARD.COM, LLC,<br><br>                  Plaintiff,<br><br>  v.<br><br>REVPOINT MEDIA, LLC,<br><br>                  Defendant. | Case No. 2:21-cv-01043-SKV<br><br>**DECLARATION OF MICHAEL FISHMAN** |

I, Michael Fishman, pursuant to the provisions of 28 U.S.C. § 1746, declares the following:

1. I am over the age of 18 and am otherwise competent to make this Declaration.

2. I make this Declaration based on my personal knowledge obtained through the course of my employment as the CEO of RevPoint Media, LLC ("RevPoint").

3. RevPoint is a Delaware limited liability company with numerous members.

4. Members of RevPoint not already made public have a legitimate concern that they will be subjected to unnecessary attention and annoyance if their identities are revealed publicly.

5. It is the preference of these members that their respective identities remains confidential.

6. In contrast, none of the issues in this lawsuit make the identity of the members, or members of members, of public import, as the status of those members is not at issue in this litigation.

DECLARATION OF MICHAEL FISHMAN - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

134088.0001/8709223.1

1  7. RevPoint's redacted public filing will not seal information about members already in the public domain.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2021, in Mount Kisco, New York.

DocuSigned by:

_____
Michael Fishman

DECLARATION OF MICHAEL FISHMAN - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

134088.0001/8709223.1