UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUOTEWIZARD.COM, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>REVPOINT MEDIA, LLC,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-01043-SKV<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>(Redacted) |

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel of record for defendant RevPoint Media, LLC certifies that it has no parent corporation and is not a publicly traded company.

Pursuant to LCR 7.1, RevPoint Media, LLC identifies its members and their citizenships as follows: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

CORPORATE DISCLOSURE STATEMENT - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

134088.0001/8709140.3

DATED: October 5, 2021

LANE POWELL PC

By:  s/Stephania C. Denton
Steven B. Winters, WSBA No. 22393
Stephania C. Denton, WSBA No. 21920
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
winterss@lanepowell.com
dentons@lanepowell.com
Attorneys for Defendant RevPoint Media, LLC

CORPORATE DISCLOSURE STATEMENT - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

134088.0001/8709140.3