1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
8                   AT SEATTLE

9    QUOTEWIZARD.COM, LLC,              Case No.  C21-1043-RAJ-SKV

10                      Plaintiff,      [PROPOSED] ORDER TO FILE RULE
                                        7.1 CORPORATE DISCLOSURE
11        v.                            STATEMENT UNDER SEAL

12   REVPOINT MEDIA, LLC,

13                      Defendant.

14

15          This matter comes before the Court on the Unopposed Motion of Defendant RevPoint

16   Media, LLC ("RevPoint") to File Rule 7.1 Corporate Disclosure Statement Under Seal.

17          The Court, having considered all papers submitted in connection with this Unopposed

18   Motion,

19          **IT IS HEREBY ORDERED THAT** the Defendant RevPoint's Motion to File Rule 7.1

20   Corporate Disclosure Statement Under Seal is ***GRANTED.***

21          **IT IS SO ORDERED.**

22          Dated this 8th day of October, 2021.

23

24                                      _S. Kate Vaughan_

25                                      S. KATE VAUGHAN
                                        United States Magistrate Judge
26

27

[PROPOSED] ORDER TO FILE RULE 7.1                    LANE POWELL PC
CORPORATE DISCLOSURE STATEMENT UNDER              1420 FIFTH AVENUE, SUITE 4200
SEAL - 1                                                 P.O. BOX 91302
                                                  SEATTLE, WASHINGTON 98111-9402
134088.0001/8709248.4                             206.223.7000 FAX: 206.223.7107