HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUOTEWIZARD.COM, LLC,<br><br>               Plaintiff,<br><br>    v.<br><br>REVPOINT MEDIA, LLC,<br><br>               Defendant. | Case No.  C21-1043-RAJ-SKV<br><br>**~~PROPOSED~~ ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL DATES BY TWO WEEKS** |

Pursuant to the Stipulated Motion to Continue Pretrial Dates presented to the Court requesting the Order Setting Pretrial Schedule dated December 2, 2021 be amended to continue the following pretrial dates by two weeks, and no previous requested amendments to the Pretrial Trial Schedule having been made, it is hereby

ORDERED that the Stipulated Motion, Dkt. 31, is GRANTED.

The Clerk is directed that the Order Setting Pretrial Schedule be amended as follows:

| | Previous deadline | New deadline |
|---|---|---|
| Motions related to discovery | 7/27/2022 | 8/10/2022 |
| Discovery completed | 8/26/2022 | 9/9/2022 |
| Dispositive motions | 9/26/2022 | 10/10/2022 |

DATED this 6th day of July, 2022.

S. KATE VAUGHAN
United States Magistrate Judge

PROPOSED ORDER GRANTING STIPULATED
MOTION TO CONTINUE PRETRIAL DATES BY
TWO WEEKS - 1
Case No. C21-1043-RAJ-SKV

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107