UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUOTEWIZARD.COM LCC,<br><br>          Plaintiff,<br><br>   v.<br><br>REVPOINT MEDIA LLC,<br><br>          Defendant. | Case No. C21-1043-RAJ-SKV<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL DATE BY THREE WEEKS |

The Stipulated Motion to Continue Pretrial Date by Three Weeks, Dkt. 34, is GRANTED.  The deadline to file discovery motions is continued to **August 31, 2022**.  This extension will not impact any other case deadlines.  The Clerk is directed to send copies of this Order to the parties and to the Honorable Richard A. Jones.

Dated this 15th day of August, 2022.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION TO
CONTINUE PRETRIAL DATE BY THREE
WEEKS - 1