UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

QUOTEWIZARD.COM, LLC,

        Plaintiff,

 v.

REVPOINT MEDIA, LLC,

        Defendant.

Case No.  C21-1043-RAJ-SKV

~~PROPOSED~~ ORDER GRANTING
STIPULATED MOTION TO STAY
CASE

   The Stipulated Motion to Stay the Case, Dkt. 36, is GRANTED.  The remaining pretrial

deadlines in this matter are STRICKEN and this case is STAYED pending the completion of class

certification briefing in *Joseph Mantha v. QuoteWizard.com, LLC*, Case No. C19-12235-LTS (D.

Mass.).  The Parties shall file a Status Report with this Court once that briefing is complete.

   Dated this 24th day of August, 2022.

              *S. Kate Vaughan*

              S. KATE VAUGHAN
              United States Magistrate Judge